R. A. Gross, appellant, v. Frederick Klag et al., appellees. Gen. No. 8,019.

 Opinion filed October 3, 1929.

C. B. Chapman, for appellant. J. L. Spaulding, for appellees.

Mr. Justice Jett delivered the opinion of the court.

## Third District.

The People of the State of Illinois, defendant in error, v. Charles Freitag, plaintiff in error. Gen. No. 8,243.

 Opinion filed January 24, 1929. Rehearing denied April 4, 1929.

William N. Hairgrove, for plaintiff in error. John A. McKeene, State's Attorney, for defendant in error.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Roy Z. McKown, plaintiff in error. Gen. No. 8,246.

 Opinion filed April 17, 1929.

W. St. J. Wines and Edmund Burke, for plaintiff in error. N. E. Fullenwider, State's Attorney, and J. M. Weldon, Assistant State's Attorney, for defendant in error.

Mr. Justice Eldredge delivered the opinion of the court.

Frank Swisher, appellee, v. Frank Willingham, appellant. Gen. No. 8,256.

 Opinion filed April 17, 1929.

Robert B. Rodman, for appellant. Acton, Acton & Snyder, for appellee; William M. Acton, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.